# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Evankavitch,<br>      Plaintiff<br><br>v.<br><br>Green Tree Servicing, LLC,<br>      Defendant | Docket 3:12-cv-02564-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

For the reasons set forth in the brief being contemporaneously filed, Plaintiff respectfully requests that the Court enter summary judgment in her favor as to liability, and that it set a trial on the issue of damages.

                                          Respectfully submitted,

                                          s/ Carlo Sabatini
                                          Carlo Sabatini, Bar ID: PA 83831
                                          Sabatini Law Firm, LLC
                                          Attorney for Plaintiff
                                          216 N. Blakely St.
                                          Dunmore, PA 18512
                                          Phone (570) 341-9000
                                          Facsimile (570) 504-2769
                                          Email: ecf@bankruptcypa.com

## Certification Regarding Service and Concurrence

Defendant is being served through the CM/ECF system. Late in the afternoon of July 11, 2013 the undersigned emailed a request for concurrence to Defendant. Defendant has not yet responded and Plaintiff presumes that it does not concur. If a concurrence is received, Plaintiff will file an amended statement.

s/ Carlo Sabatini
Carlo Sabatini
