# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA EVANKAVITCH,** **Plaintiff** | : : | No. 3:12cv2564 |
| v. | : : | (Judge Munley) |
| **GREEN TREE SERVICING, LLC,** **Defendant** | : : | |

## ORDER

**AND NOW**, to wit, this 21st day of October 2013, the plaintiff's motion for partial summary judgment (Doc. 22) is hereby **DENIED**.

                          **BY THE COURT:**

                          **s/ James M. Munley**
                          **JUDGE JAMES M. MUNLEY**
                          **United States District Court**