IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA EVANKAVITCH,
          Plaintiff  :  No. 3:12cv2564
    v.  :  (Judge Munley)
GREEN TREE SERVICING, LLC,  :
          Defendant  :

FILED
SCRANTON
DEC 1 2 2013
PER _____
DEPUTY CLERK

## VERDICT

We the jury make the following findings based upon a preponderance of the evidence:

1) Is Defendant Green Tree Servicing, LLC liable to Plaintiff Patricia Evankavitch under the Fair Debt Collection Practices Act with regard to its contact with Plaintiff's daughter Cheryl?

Yes ✓                        No ____

Please proceed to Question 2.

2) Is Defendant Green Tree Servicing, LLC liable to Plaintiff Patricia Evankavitch under the Fair Debt Collection Practices Act with regard to its contact with Plaintiff's neighbors?

Yes ✓                        No ____

Please sign and date the verdict form and return to the courtroom.

_/s/ Marie Batzel_____            _12/12/13_____
Jury Foreperson                                   Date