# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA EVANKAVITCH,** | : | No. 3:12cv2564 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **GREEN TREE SERVICING, LLC,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 9th day of September 2014, plaintiff's motion for attorney's fees and costs (Doc. 81) is **GRANTED** to the extent that plaintiff is awarded attorney's fees of $81,569.97 and costs of $4,781.97.

The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant in the amount of $86,351.94.

                                                         **BY THE COURT:**

                                                         **s/ James M. Munley**
                                                         **JUDGE JAMES M. MUNLEY**
                                                         **United States District Court**